IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-644-GCM

| | | |
|---|---|---|
| LOUANN BACKLUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| B & T FINANCIAL SERVICES, LLC, | ) | |
| THOMAS CLARK, and BARBARA | ) | |
| SISCO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Default Judgment. [Doc. No. 9]. For the reasons stated herein, Plaintiff's Motion is GRANTED.

On June 12, 2013, the Clerk entered Default against Defendants. [Doc. No. 8]. Defendants have not appeared in this action. The Complaint set out valid claims for statutory damages under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692(k)(2)(A), and the North Carolina Collection Agency Act ("NCCAA"), N.C. Gen. Stat. § 58-70-130(b). By virtue of the entry of Default on June 12, 2013, Defendants may not challenge any of the factual allegations supporting those claims. Plaintiff's motion is based on all the pleadings currently on file as well as the Clerk's Entry of Default.

Plaintiff's Motion requesting a Default Judgment in the amount of $5,015.00, representing statutory damages in the amount of $1,000.00, 15 U.S.C. § 1692(k)(a)(2)(A), $3,500.00 in attorneys' fees and $515.00 for court costs in accordance with 15 U.S.C. §

1

1692(k)(3) is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment is GRANTED and that Plaintiff has judgment against Defendants in the amount of $5,015.00.

**SO ORDERED**.

Signed: June 26, 2013

Graham C. Mullen
United States District Judge